**LOKER LAW, APC**
Scott M. Plescia (349319)
scott.plescia@loker.law
Telephone: (805) 323-3780
132 Bridge Street
Arroyo Grande, CA 93420

*Attorneys for Plaintiff,*
Jordan Bronner

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JORDAN BRONNER,**<br><br>Plaintiff,<br><br>v.<br><br>**CARMAX AUTO FINANCE; HARLEY-DAVIDSON FINANCIAL SERVICES, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,**<br><br>Defendants. | **Case No.:** 5:26-cv-00295-MEMF-DTB<br><br>**STIPULATION TO DISMISS DEFENDANT HARLEY-DAVIDSON FINANCIAL SERVICES, INC. WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**<br><br>**HON. MAAME EWUSI-MENSAH FRIMPONG** |

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 5:26-cv-00295-MEMF-DTB                    *Bronner v CarMax Auto Finance, et al.*

STIPULATION TO DISMISS DEFENDANT HARLEY-DAVIDSON FINANCIAL SERVICES, INC.
WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)

Plaintiff JORDAN BRONNER ("Plaintiff") and Defendant HARLEY-DAVIDSON FINANCIAL SERVICES, INC., by and through their undersigned counsel, respectfully submit this Stipulation for Dismissal pursuant to Rule 41(a) of the Federal Rule of Civil Procedure.

Plaintiff and HARLEY-DAVIDSON FINANCIAL SERVICES, INC. hereby jointly move to dismiss HARLEY-DAVIDSON FINANCIAL SERVICES, INC. WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

Date: June 12, 2026                                    **LOKER LAW, APC**

BY: ___/s/ SCOTT M. PLESCIA___
SCOTT M. PLESCIA, ESQ.
ATTORNEY FOR PLAINTIFF

**MCGUIREWOODS**

By: ___/s/ Alexandra S Farley___
ALEXANDRA S FARLEY, ESQ.
ATTORNEY FOR DEFENDANT, HARLEY-DAVIDSON FINANCIAL SERVICES, INC.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: June 12, 2026                                    **LOKER LAW, APC**

___/s/ SCOTT M. PLESCIA___
SCOTT M. PLESCIA, ESQ.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

## CERTIFICATE OF SERVICE

A copy of the foregoing *Plaintiff Jordan Bronner*'s *Stipulation to Dismiss Defendant Harley-Davidson Financial Services, Inc. with Prejudice* has been submitted on June 12, 2026 to all defense counsel of record via e-mail and U.S. Mail.

 _____/S/ SCOTT M. PLESCIA_____
SCOTT M. PLESCIA, ESQ.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 5:26-cv-00295-MEMF-DTB                    *Bronner v CarMax Auto Finance, et al.*

**PROOF OF SERVICE**