**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORDAN BRONNER, | Case No.: 5:26-cv-00295-MEMF-DTB |
| Plaintiff, | **ORDER** |
| v. | **HON. MAAME EWUSI-MENSAH FRIMPONG** |
| CARMAX AUTO FINANCE; HARLEY-DAVIDSON FINANCIAL SERVICES, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC, | |
| Defendants. | |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant HARLEY-DAVIDSON FINANCIAL SERVICES, INC. to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: June 15, 2026 _____

_____
**HON. MAAME EWUSI-MENSAH FRIMPONG**
UNITED STATES DISTRICT COURT JUDGE

CASE NO.: 5:26-cv-00295-MEMF-DTB                    *Bronner v CarMax Auto Finance, et al.*

ORDER