**LOKER LAW, APC**
Scott M. Plescia (349319)
scott.plescia@loker.law
Telephone: (805) 323-3780
132 Bridge Street
Arroyo Grande, CA 93420

*Attorneys for Plaintiff,*
Jordan Bronner

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JORDAN BRONNER,** <br><br> Plaintiff, <br><br> v. <br><br> **CARMAX AUTO FINANCE; HARLEY-DAVIDSON FINANCIAL SERVICES, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,** <br><br> Defendants. | **Case No.:** 5:26-cv-00295-MEMF-DTB <br><br> **STIPULATION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)** <br><br> **HON. MAAME EWUSI-MENSAH FRIMPONG** |

*LOKER LAW, APC*
*132 BRIDGE STREET*
*ARROYO GRANDE, CA 93420*

**CASE NO.: 5:26-cv-00295-MEMF-DTB**          *Bronner v CarMax Auto Finance, et al.*

**STIPULATION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**

Plaintiff JORDAN BRONNER ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC, by and through their undersigned counsel, respectfully submit this Stipulation for Dismissal pursuant to Rule 41(a) of the Federal Rule of Civil Procedure.

Plaintiff and EQUIFAX INFORMATION SERVICES, LLC hereby jointly move to dismiss EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

Date: June 22, 2026                                          **LOKER LAW, APC**

BY: ___/s/ SCOTT M. PLESCIA___
SCOTT M. PLESCIA, ESQ.
ATTORNEY FOR PLAINTIFF

**SEYFARTH SHAW LLP**

By: ___/s/ Jennifer R Brooks___
JENNIFER R BROOKS, ESQ.
ATTORNEY FOR DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: June 22, 2026                                          **LOKER LAW, APC**

___/s/ SCOTT M. PLESCIA___
SCOTT M. PLESCIA, ESQ.

ARROYO GRANDE, CA 93420
132 BRIDGE STREET
LOKER LAW, APC

**<u>CERTIFICATE OF SERVICE</u>**

A copy of the foregoing *Plaintiff Jordan Bronner*'s *Stipulation to Dismiss Defendant Equifax Information Services, LLC with Prejudice* has been submitted on June 22, 2026 to all defense counsel of record via e-mail and U.S. Mail.

                                              ___/S/ SCOTT M. PLESCIA___
                                               SCOTT M. PLESCIA, ESQ.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 5:26-cv-00295-MEMF-DTB                          *Bronner v CarMax Auto Finance, et al.*

**PROOF OF SERVICE**