**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JORDAN BRONNER,** | **Case No.:** 5:26-cv-00295-MEMF-DTB |
| Plaintiff, | **ORDER** |
| v. | **HON. MAAME EWUSI-MENSAH FRIMPONG** |
| **CARMAX AUTO FINANCE; HARLEY-DAVIDSON FINANCIAL SERVICES, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,** | |
| Defendants. | |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant EXPERIAN INFORMATION SOLUTIONS, INC. to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: ___June 30, 2026___

_____
**HON. MAAME EWUSI-MENSAH FRIMPONG**
UNITED STATES DISTRICT COURT JUDGE

CASE NO.: 5:26-cv-00295-MEMF-DTB                    *Bronner v CarMax Auto Finance, et al.*

**PROPOSED ORDER**